# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

        **v.**                                              **CASE NO. 18-10106-01-EFM**

**ADDISON LEWIS,**
        **Defendant.**

## MEMORANDUM AND ORDER
## COMPETENCY EVALUATION

On January 3, 2020, the Court ordered the parties in this matter to meet and confer to stipulate to an agreed upon medical provider to conduct the competency evaluation the Court ordered for Addison Lewis. (Doc. 73, Memo. and Order).

On February 3, 2020, the parties notified the Court by email they had agreed upon using the services of Jarrod S. Steffan, Ph. D., a licensed or certified psychologist, who indicated to the parties his report would take 30 days to complete once he had all the records, and performed the examination.

It is hereby ORDERED, pursuant to Title 18, U.S.C. §§ 4241 and 4247(b), that the parties coordinate the examination of Addison Lewis with Dr. Steffan, and that a report of his findings be supplied to the Court within 30 days of the date of that examination.

It is also ORDERED that the costs of Dr. Steffan's services be paid by the United States, pursuant to Department of Justice policy, Justice Manual, Section 3-8.520 (C) (Feb. 2018), and the Guide to Judiciary Policies and Procedures, Vol. 7, § § 320.20(b); 320.40(b) and 320.20.60(a)(1). See also *United States v. Weathers*, 374 F. Supp. 2d 957, 959–60 (D.N.M. 2004).

A status hearing is set for March 16, 2020 at 9:15 a.m. in Judge' Chambers, Room 414, to keep track of the progress of this examination and report.

IT IS THEREFORE ORDERED that Plaintiff's Motion Brief, Doc. 75, and Defendant's Motion Brief, Doc. 78, are hereby GRANTED.

IT IS SO ORDERED.

Dated this 5th day of February 2020.

*[signature: Eric F. Melgren]*
ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE
DISTRICT OF KANSAS